IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>ESTATE OF LOUIS E. BLASER, by Special Administrator, JENNIFER VALENTI, et al.,<br><br>    Defendants. | Case No. 3:14-cv-00634 |

**PROPOSED ORDER**

Plaintiff United States of America and defendant Katlin Drew, have submitted a Stipulation that Katlin Drew disclaims any interest in the real property or any proceeds from the sale of the real property at issue in the above-captioned case, which is located at 170 Church Street, Sun Prairie, Wisconsin 53590, within the Western District of Wisconsin. In accordance with the stipulation,

IT IS ORDERED THAT Katlin Drew may be excused from appearing in Court and may be dismissed as a party Defendant.

Dated: JUNE 19, 2015

_____
HON. JAMES D. PETERSON
UNITED STATES DISTRICT JUDGE

//
//
//
//
//

12521980.1